# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BJ'S FLEET WASH, LLC, ) | CASE NO. 8:22-cv-131 |
| ) | |
| Plaintiff, ) | |
| v. ) | NOTICE OF SERVING |
| ) | DEFENDANTS' SUPPLEMENTAL |
| CITY OF OMAHA; BROOK BENCH, ) | DISCLOSURES AND SUPPLEMENTAL |
| MATT KALCEVICH, STEVEN SLATER, ) | RESPONSES TO PLAINTIFF'S |
| and KARI VASQUEZ, in their individual ) | REQUESTS FOR PRODUCTION |
| capacities, ) | |
| ) | |
| Defendants. ) | |

**COMES NOW** the Defendants City of Omaha, Brook Bench, Matt Kalcevich, Steven Slater, and Kari Vasquez, by and through counsel, and gives notice that on February 7, 2024, the Defendants did serve upon counsel of record for the Plaintiff the Defendants' Supplemental Disclosures required pursuant to Fed. R. Civ. P. 26(e)(1)(A) and Fourth Supplemental Responses to the Plaintiff's First Set of Requests for Production of Documents by U.S. mail, postage prepaid.

          CITY OF OMAHA; BROOK BENCH,
          MATT KALCEVICH, STEVEN SLATER,
          and KARI VASQUEZ, in their individual
          capacities, Defendants

BY:    /s/Jeffrey A. Bloom
          RYAN J. WIESEN, No. 24810
          Assistant City Attorney
          JEFFREY A. BLOOM, No. 23379
          Assistant City Attorney
          City of Omaha Law Dept.
          1819 Farnam Street, Suite 804
          Omaha, NE 68183-0804
          Phone: (402) 444-5115
          Fax: (402) 444-5125
          Ryan.Wiesen@cityofomaha.org
          Jeffrey.Bloom@cityofomaha.org

          Attorneys for Defendants

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on the 7th day of February, 2024, I electronically filed the foregoing **NOTICE OF SERVING DEFENDANTS' SUPPLEMENTAL DISCLOSURES AND SUPPLEMENTAL RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record registered with the court.

                                                                  */s/Jeffrey A. Bloom*