**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **BJ'S FLEET WASH, LLC,** | |
| Plaintiff, | 8:22CV131 |
| vs. | |
| **CITY OF OMAHA, MATT KALCEVICH,** in their individual and official capacities (official capacity terminated per filing number 43); **BROOK BENCH,** in their individual and official capacites (official capacity terminated per filing number 43); **KARI VASQUEZ,** in their individual capacities; and **STEVEN SLATER,** in their individual capacities; | **AMENDED TRIAL SETTING ORDER** |
| Defendants. | |

This matter is before the Court following a telephonic hearing on the Joint Motion to Continue Trial and Reset Trial Setting Deadlines (Filing No. 198) held with counsel for the parties on March 5, 2025, before the undersigned magistrate judge. After review of the Joint motion and in accordance with the matters discussed during the hearing, the Court finds good cause to grant the motion. Accordingly,

**IT IS ORDERED** that the Joint Motion to Continue Trial and Reset Trial Setting Deadlines (Filing No. 198) is granted.

1) The Final Pretrial Conference is continued and will be held before the undersigned magistrate judge on **April 14, 2025**, at **10:00 a.m.**, and will be conducted in chambers. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov in Word format, by **3:00 p.m. on April 8, 2024**.

2) The jury trial of this case is continued and set to commence before Robert F. Rossiter, Jr., Chief United States District Judge, in Courtroom 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **9:00 a.m.** on **May 12, 2025**, or as soon thereafter as the case may be called, for a duration of **five (5)** trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

3) Motions in limine and motions seeking pretrial evidentiary hearings regarding the admissibility of evidence shall be filed no later than **twenty-eight (28)** days before trial.

4)     The parties are ordered to comply with **Chief Judge Rossiter's** Civil Jury Trial Practices posted at https://www.ned.uscourts.gov/attorney/judges-information.

Dated this 5th day of March, 2025.

                                                             BY THE COURT:

                                                             s/Michael D. Nelson
                                                             United States Magistrate Judge