# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BJ'S FLEET WASH, LLC,** | |
| Plaintiff, | 8:22CV131 |
| vs. | ORDER |
| **CITY OF OMAHA, MATT KALCEVICH,** in their individual and official capacities (official capacity terminated per filing number 43); **BROOK BENCH,** in their individual and official capacities (official capacity terminated per filing number 43); **KARI VASQUEZ,** in their individual capacities; and **STEVEN SLATER,** in their individual capacities; | |
| Defendants. | |

Upon notice of settlement given to the undersigned magistrate judge by counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **June 27, 2025**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 11th day of April, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge