IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BJ'S FLEET WASH, LLC,

      Plaintiff,

      vs.

CITY OF OMAHA; BROOK BENCH, MATT
KALCEVICH; STEVEN SLATER, and KARI
VASQUEZ, in their individual capacities,

      Defendants.

CASE NO. 8:22-cv-131

DECLARATION OF
KEITH DORNAN

The undersigned, Keith Dornan, under penalty of perjury and pursuant to the provisions of 28 U.S.C. § 1746, states as follows:

1. I am counsel for Plaintiff, BJ's Fleet Wash, LLC. I am over 18 years of age, am competent to testify and have personal knowledge of the matters set forth in this Declaration.

2. I have conferred with my client, BJ's Fleet Wash, specifically its sole owner, Rodney Johnson, in regards to this Declaration, and the issue of recusal.

3. My client, BJ's Fleet Wash, hereby waives recusal of Magistrate Judge Michael D. Nelson as to the pending Motion to Enforce Settlement Agreement (Filing No. 219).

4. I declare under penalty of perjury that the foregoing is true and correct.

      EXECUTED  on July 31, 2025.

By: *s/Keith Dornan*
KEITH DORNAN. #27570
Attorney for Plaintiff
Dornan, Howard, Breitkreutz Dahlquist &
Klein PC LLO
1403 Farnam Street, Suite 232
Omaha, NE 68102
(402) 884-7044
Keith@dltlawyers.com